UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | | |
|---|---|---|
| JEFFREY ASKANAZI, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-cv-111 |
| | ) | |
| v. | ) | Honorable Robert Holmes Bell |
| | ) | |
| TIAA-CREF, et al., | ) | |
| | ) | **JUDGMENT** |
| Defendants. | ) | |
| _____ | ) | |

In accordance with the memorandum opinion issued this date:

IT IS ORDERED that plaintiff's objections to the report and recommendation of the magistrate judge (docket # 19) be and hereby are OVERRULED.

IT IS FURTHER ORDERED that the report and recommendation of the magistrate judge, as supplemented by the memorandum opinion, is ADOPTED as the opinion of this court.

IT IS FURTHER ORDERED that the motion of Wachovia Bank for summary judgment (docket # 9) and the motion of Fifth Third Bancorp for summary judgment (docket # 10) be and hereby are GRANTED and that judgment is entered against plaintiff and in favor of those defendants.

IT IS FURTHER ORDERED that all claims against defendant TIAA-CREF are DISMISSED with prejudice on the grounds of *res judicata*.

IT IS FURTHER ORDERED that defendants may tax their costs.


Date:   July 16, 2008              /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   CHIEF UNITED STATES DISTRICT JUDGE